B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|
| IN RE: (name of Debtor - If individual: Last, First, Middle)<br><br>JMJS 23rd Street Realty Owner, LLC | ALL OTHER NAMES used by debtor in the last 8 years (include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br><br>20-4386651 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>230 Congers Road<br>New City, NY 10956<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Rockland | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

    X Chapter 7        ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>X Debts are primarily business debts | Type of Debtor<br>(Form or Organization)<br>☐ Individual (Includes Joint Debtor)<br>X Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>X Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this district. | X Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| See Attached Exhibit A | | |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes)<br>1. X Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. X The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. X The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                              or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor JMJS 23rd Street Realty Owner, LLC

Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x _[signature]_<br>Signature of Petitioner or Representative (State title)<br><br>Stephen Kraus                    June 8, 2010 | x _Mary Caloway (#3059)_<br>Signature of Attorney         June 8, 2010<br><br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200 |
| x _Mitchell B. Kraus_<br>Signature of Petitioner or Representative (State title)<br><br>Mitchell Kraus                  June 8, 2010 | x _Mary Caloway (#3059)_<br>Signature of Attorney         June 8, 2010<br><br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200 |
| x _Barbara M. Kraus_<br>Signature of Petitioner or Representative (State title)<br><br>Barbara Kraus                  June 8, 2010 | x _Mary Caloway (#3059)_<br>Signature of Attorney         June 8, 2010<br><br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Stephen Kraus<br>260 Park Avenue South, Apt. PH-J<br>New York, NY 10010 | Nature of Claim<br><br>Guaranty Agreement;<br>Contract Claims | Amount of Claim<br><br>$6,457,000.00 |
| Name and Address of Petitioner<br>Mitchell Kraus<br>510 Park Avenue, Apt. 9A<br>New York, NY 10022 | Nature of Claim<br><br>Contract Claims | Amount of Claim<br><br>$2,100,000.00 |
| Name and Address of Petitioner<br>Barbara Kraus<br>510 Park Avenue, Apt. 9A<br>New York, NY 10022 | Nature of Claim<br><br>Contract Claims | Amount of Claim<br><br>$2,100,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1 continuation sheets attached

B 5 (Official Form 5) (12/07) – Continuation Sheet    Name of Debtor JMJS 23rd Street Realty Owner, LLC
Case No. _____

| REQUEST FOR RELIEF ||
| --- | --- |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. ||
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x _____<br>Stephen Kraus, President<br><br>Kraus Hi-Tech Home Automation, Inc.    June 8, 2010<br>33-01 Vernon Boulevard<br>Long Island City, NY 11106 | x _Mary Calway (# 3059)_____<br>Signature of Attorney    June 8, 2010<br><br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200 |

| PETITIONING CREDITORS |||
| --- | --- | --- |
| Name and Address of Petitioner<br><br>Kraus Hi-Tech Home Automation, Inc.<br>33-01 Vernon Boulevard<br>Long Island City, NY 11106 | Nature of Claim<br><br>Mechanics Lien | Amount of Claim<br><br>$927,752.42 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. || Total Amount of Petitioners' Claims<br><br>$11,584,752.42 |

# EXHIBIT A TO INVOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Against Affiliates

In addition to the alleged debtor, JMJS 23rd Street Realty Owner, LLC, involuntary petitions have been or will be filed in the Bankruptcy Court for the District of Delaware against the following affiliated entities:

- Slazer Enterprises Owner, LLC
- Madison Park Group Owner, LLC
- FKF Madison Park Group Owner, LLC